JAP:MTK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

IESCHA GOWDY,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - -X

AFFIDAVIT AND COMPLAINT IN SUPPORT OF APPLICATION FOR ARREST WARRANT
(18 U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

    ANTHONY VIDOT, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD") Gun Enhancement Unit, duly appointed according to law and acting as such.

    Upon information and belief, on or about August 27, 2015, within the Eastern District of New York, the defendant IESCHA GOWDY, having been convicted in a court of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit, a black 380 caliber Ruger handgun, and ammunition.

    (Title 18, United States Code, Section 922(g)(1))

1

The source of your deponent's information and the grounds for his belief are as follows[1]:

1. My information in this case comes from a review of records of the New York City Police Department ("NYPD") and other Government agencies, and conversations with NYPD officers.

2. On or about August 27, 2015, at approximately 6:45 a.m., pursuant to an investigation, New York State Parole Officers ("Parole") conducted a parole search of the defendant's bedroom at her residence located at 192 Sands Street, Apt. 14 C, Brooklyn, New York (the "Apartment"). Parole was escorted to the Apartment by NYPD officers from the 84th Precinct.

3. During the course of the bedroom search, Parole discovered a loaded black 380 caliber Ruger handgun in the bottom drawer of the defendant's Rubbermaid plastic drawer set. Parole also discovered a bag of loose 9mm ammunition located in the same drawer. Parole immediately informed NYPD officers who secured the firearm and ammunition. The NYPD subsequently determined that the firearm had been defaced.

6. After placing the defendant under arrest, the officers transported the defendant to the 84th police precinct.

8. I have conferred with agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and they have confirmed that the firearm recovered in the Apartment was manufactured outside the State of New York.

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

9. I have reviewed the defendant's criminal history records and have determined that the defendant has been convicted of the following crimes: Attempted Robbery in the Third Degree in violation of New York State Penal Code § 160.05 and Attempted Robbery in the First Degree in violation New York State Penal Code § 160.15; both of which are crimes punishable by a term of imprisonment of more than one year.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant so that he may be dealt with according to law.

Anthony Vidot
Dectective
New York City Police Department

Sworn to before me this
1st day of September, 2015

THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK